**ORIGINAL**

JUDGE GRIESA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,         :

    - v -                          :        NOTICE OF INTENT TO
                                    FILE AN INFORMATION
AMADO HERNANDEZ,                  :
                                      **08 CRIM  412**
          Defendant.             :

- - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        May 8, 2008

                                     MICHAEL J. GARCIA
                                     United States Attorney

                By: _____
                     Natalie Lamarque
                     Assistant United States Attorney

                AGREED AND CONSENTED TO:

                By: _____
                     Lance Croffoot-Suede
                     Attorney for Amado Hernandez

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

5/8/08 WHEEL A