JUDGE GRIESA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :      INFORMATION

      -v.-                        :      08 Cr.

AMADO HERNANDEZ,                          08 CRIM 412

         Defendant.          :

- - - - - - - - - - - - - - - - x

### COUNT ONE

The United States Attorney charges:

On or about July 9, 2003, in the Southern District of New York and elsewhere, AMADO HERNANDEZ, the defendant, unlawfully, willfully, and knowingly did commit and attempt to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, HERNANDEZ, and others known and unknown, attempted to rob occupants of an apartment located at 66 Caryle Avenue, Yonkers, New York, in search of narcotics and narcotics proceeds.

(Title 18, United States Code, Sections 1951 and 2.)

                                                      */s/ Michael J. Garcia*
                                         MICHAEL J. GARCIA
                                         United States Attorney