UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA           :

      v.                                 :

AMADO HERNANDEZ,                   :       08 Cr. ( )

      Defendant.                   :
------------------------------------X

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1951 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                        _____
                                                        Defendant

                                                        _____
                                                        Witness

                                                       _____
                                                        Counsel for Defendant

Date:  New York, New York
         May 9 , 2008



0202