UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
         -against-                  :
                                    :
Amado Hernandez                     :
                                    :
                                    :
------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08
```

**ORDER**

08 Cr 412 (TPG)
Docket #

Thomas P. Griesa, DISTRICT JUDGE:
Judge's Name

The C.J.A. attorney assigned to receive cases on this day, Robert Soloway is hereby ordered to assume representation of the defendant in the above captioned matter. For the limited purpose of reviewing the case file and consulting with the defendant on how to proceed.

SO ORDERED.

_____
Thomas P. Griesa
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York